IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAGDISHWAR S. CHIMA;
GURMIT K. CHIMA,

      Plaintiffs,                                No. CIV. S-11-1701 EFB

  vs.

CHASE HOME FINANCE, LLC;
CALIFORNIA RECONVEYANCE
COMPANY; and DOES 1-50,

      Defendants.                              ORDER
_____/

This case is before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636(c); E.D. Cal. L.R. 305; Dckt. No. 9. On September 8, 2011, the parties filed a stipulation for remand of this action to Solano County Superior Court. Dckt. No. 11. The stipulation was signed by all parties. *Id.* In light of that stipulation, this action is hereby remanded to the Superior Court of the State of California in and for the County of Solano, each party to bear its own attorneys' fees and costs.

SO ORDERED.

DATED: October 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE